UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BARBARA GLABERSON, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>FITFLOP USA, LLC, FITFLOP LIMITED, BRAND SLAM LTD., and MARCIA DIANE KILGORE,<br><br>Defendants. | CASE NO.: 1:13-cv-02051-NLH-AMD<br><br>**STIPULATION TO AMEND/CONSOLIDATE DEFENDANT FITFLOP USA, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, TO STRIKE, PURSUANT TO FED.R.CIV.P. 12(b)(6) AND 12(f)**<br><br>**Judge Noel L. Hillman** |

**BOIES, SCHILLER & FLEXNER LLP**
Rosanne C. Baxter (NJ State Bar No. 032041989; D.N.J. No. RCB 6118)
William S. Ohlemeyer (NY State Bar No. 3995651, admitted *pro hac vice*)
Brooke A. Alexander (NY State Bar No. 4678900, admitted *pro hac vice*)
333 Main Street
Armonk, New York 10504
Tel.   (914) 749-8200
Fax.   (914) 749-8300
Email  rbaxter@bsfllp.com
       wohlemeyer@bsfllp.com
       balexander@bsfllp.com

Attorneys for Defendants
FitFlop USA, LLC, FitFlop Limited and Brand Slam Ltd.

Plaintiff Barbara Glaberson and Defendants FitFlop USA, LLC, FitFlop Limited and Brand Slam Ltd. (the "Parties"), by and through counsel, hereby stipulate to the following:

WHEREAS, FitFlop USA, LLC filed a Motion to Dismiss Plaintiff's Complaint, or, in the alternative, to Strike, Pursuant to Fed.R.Civ.P. 12(b)(6) and 12(f) (the "First Motion to Dismiss") on June 4, 2013;

WHEREAS, the return date for the First Motion to Dismiss is July 1, 2013;

WHEREAS, on June 12, 2013, Plaintiff served additional parties as defendants in this matter;

WHEREAS, FitFlop USA, LLC, FitFlop Limited and Brand Slam Ltd. seek to file an amended and consolidated Motion to Dismiss ("Amended/Consolidated Motion to Dismiss"); and

WHEREAS, the Parties believe amendment and consolidation of the motions will be the most efficient means of resolution;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The July 1, 2013 motion date for the First Motion to Dismiss shall be adjourned and taken off the calendar;

2. Defendants shall file an Amended/Consolidated Motion to Dismiss on or before July 12, 2013;

3. Plaintiff's opposition to the Defendants' Amended/Consolidated Motion to Dismiss shall be filed on or before August 5, 2013;

4. Defendants' reply to Plaintiff's opposition shall be filed on or before August 12, 2013; and

5. Pursuant to the District of New Jersey motion day calendar, the motion shall be calendared for August 19, 2013.

IT IS SO STIPULATED.

Dated: June 27, 2013
Armonk, NY

BOIES, SCHILLER & FLEXNER LLP

By:  s/ Rosanne C. Baxter
ROSANNE C. BAXTER (NJ State Bar No. 032041989; D.N.J. No. RCB 6118)

WILLIAM S. OHLEMEYER (NY State Bar No. 3995651, admitted *pro hac vice*)
BROOKE A. ALEXANDER (NY State Bar No. 2678900, admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.  (914) 749-8200
Fax.  (914) 749-8300
Email rbaxter@bsfllp.com
       wohlemeyer@bsfllp.com
       balexander@bsfllp.com

*Attorneys for Defendants*

                              FitFlop USA, LLC, FitFlop Limited and Brand Slam Ltd.

Dated: June 27, 2013                 SHEPHERD FINKELMAN MILLER & SHAH LLP

                              By:   s/ James C. Shah
                                     JAMES C. SHAH

                            475 White Horse Pike
                            Collingswood, NJ 08107
                            Tel.  (856) 858-1770
                            Fax.  (856) 858-7012
                            Email jshah@sfmlaw.com

                            BLOOD HURST & O'REARDON, LLP
                            TIMOTHY G. BLOOD
                            THOMAS J. O'REARDON, II
                            600 B Street, Suite 1550
                            San Diego, CA 92101
                            Tel.  (619) 338-1100
                            Fax.  (619) 338-1101
                            Email tblood@bholaw.com
                                       toreardon@bholaw.com

                            WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP
                            JANINE L. POLLACK
                            270 Madison Avenue
                            New York, NY 10016
                            Tel.  (212) 545-4600
                            Fax.  (212) 686-0114
                            Email pollack@whafh.com

                            POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP
                            JAYNE A. GOLDSTEIN
                            1792 Bell Tower Lane, Suite 203

        Weston, FL 33326
        Tel.  (954) 315-3454
        Fax.  (954) 315-3455
        Email jagoldstein@pomlaw.com

        EDGAR LAW FIRM LLC
        JOHN F. EDGAR
        1032 Pennsylvania Avenue
        Kansas City, MO 64105
        Tel.  (816) 531-0033
        Fax.  (816) 531-3322
        Email jfe@edgarlawfirm.com

        *Attorneys for Plaintiff*

The filing attorney attests that she has obtained concurrence regarding the lodging of this document from the signatories to this document.

DATED: June 27, 2013        BOIES, SCHILLER & FLEXNER LLP

        By:  s/ Rosanne C. Baxter
        ROSANNE C. BAXTER

**IT IS SO ORDERED.**

DATED: July 9, 2013      /s/ Noel L. Hillman
At Camden, New Jersey    NOEL L. HILLMAN, U.S.D.J.

4