UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BARBARA GLABERSON, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>FITFLOP USA, LLC, FITFLOP LIMITED, BRAND SLAM LTD., and MARCIA DIANE KILGORE,<br><br>Defendants. | CASE NO.: 1:13-cv-02051-NLH-AMD<br><br>~~JOINT STATUS REPORT~~ ORDER |

On September 12, 2013, this Court granted the Parties' Joint Stipulation to Stay Proceedings (Dkt. 29) pending a comprehensive nationwide settlement in *Rosales v. FitFlop USA, LLC* in the Southern District of California (3:11-cv-00973-W-KSC).

On April 28, 2014, Judge Thomas J. Whelan, U.S.D.J., granted the Joint Motion for Final Approval of Class Action Settlement in *Rosales* (*Rosales* Dkt. 121).

On May 27, 2014, a Notice of Appeal was filed by an objector, Michael Narkin (*Rosales* Dkt. 122).

On October 20, 2014, the United States Court of Appeals for the Ninth Circuit dismissed Mr. Narkin's appeal because he failed to pay the docketing/filing fees under Ninth Circuit Rule 42-1 (*Rosales* Dkt. 136).

On January 22, 2015, Judge Whelan ordered the case closed (*Rosales* Dkt. 137).

Because the comprehensive nationwide settlement in *Rosales* is now final, and because that settlement resolved all of the claims in this action, the Parties hereby jointly request that this matter be dismissed with prejudice.

Dated: February 13, 2015

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: s/James C. Shah
JAMES C. SHAH
475 White Horse Pike
Collingswood, NJ 08107
Tel: (856) 858-1770
Fax: (866) 300-7367
Email: jshah@sfmslaw.com

*Attorney for Plaintiff*

Dated: February 13, 2015

BOIES, SCHILLER & FLEXNER LLP

BY: s/Roseanne Baxter
ROSANNE BAXTER
WILLIAM S. OHLEMEYER
BROOKE A. ALEXANDER
333 Main Street
Armonk, NY 10504
Tel. (914) 749-8200
Fax. (914) 749-8300
Email rbaxter@bsfllp.com
wohlemeyer@bsfllp.com
balexander@bsfllp.com

*Attorneys for Defendant*

So Ordered this 18th day of February, 2015

Noel L. Hillman
Hon. Noel L. Hillman, USDJ

2